United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Yaqi Zhang,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 4:26-cv-01604 |
| **v.** | ) | |
| **Markwayne Mullin, Secretary of the Department of Homeland Security; Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services.** | ) | |
| **Defendants.** | ) | |

**O R D E R**

IT IS HEREBY ORDERED that the Motion to Dismiss Plaintiff's Complaint under principle of mootness, it is hereby ORDERED that said Motion is GRANTED.

IT IS ORDERED that the Plaintiff's complaint is DISMISSED.

SIGNED at Houston, Texas this 18th of November, 2026.

George C. Hanks, Jr.
George C. Hanks, Jr.
United States District Judge